JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
ERIC C. SCHMALE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Eric.schmale @usdoj.gov

THOMAS W. FLYNN
JACOB M. GREEN
Trial Attorneys
Tax Division, Western Criminal Enforcement Section
United States Department of Justice
150 M. Street N.E. Room 2.118
Washington, D.C. 20002
Thomas.W.Flynn@usdoj.gov
jacob.green@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00147-APG-EJY |
| Plaintiff, | **Stipulation to Continue Sentencing (First Request)** |
| v. | |
| RAUL GIL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Eric C. Schmale, Assistant United States Attorney, and Thomas W. Flynn and Jacob M. Green, Trial Attorneys, counsels for the United States of America, and George P. Kelesis and Sunethra Muralidhara, counsels for the defendant Raul Gil, that the sentencing in the above-captioned matter, currently

scheduled for November 10, 2022 at the hour of 9:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than 45 days.

This stipulation is entered into for the following reasons:

1. Counsel for the Government will be out of the district and will not be available for the sentencing.

2. This is the first request for continuance of the sentencing in this case.

DATED this 16th day of August, 2022.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ George P. Kelesis
_____
GEORGE P. KELESIS
Counsel for defendant GIL

/s/ Eric C. Schmale
_____
ERIC C. SCHMALE
Assistant United States Attorney

/s/ Sunethra Muralidhara
_____
SUNETHRA MURALIDHARA
Counsel for defendant GIL

/s/ Thomas W. Flynn
_____
THOMAS W. FLYNN
JACOB M. GREEN
Trial Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAUL GIL,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00147-APG-EJY<br><br>**Stipulation to Continue Sentencing (First Request)** |

　　　　Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

　　　　1.　Counsel for the Government will be out of the district and will not be available for the sentencing.

　　　　2.　The defendant is not in custody and does not object to the continuance.

　　　　3.　The parties agree to the continuance.

**ORDER**

IT IS HEREBY ORDERED that the sentencing date in the above-captioned matter currently scheduled for November 10, 2022, at the hour of 9:30 a.m. is hereby VACATED, and RESET for January 12, 2023, at 9:30 a.m. in Courtroom 6C.

DATED this 19th day of August, 2022.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

4