GEORGE P. KELESIS, ESQ.
Nevada Bar No. 000069
COOK & KELESIS, LTD.
517 South Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712a
E-mail: gkelesis@bckltd.com

Sunethra Muralidhara
Nevada State Bar No. 13549
Wright Marsh & Levy
300 S. Fourth St. Ste. 701
Las Vegas, Nevada 89101
(702) 382-4004
smuralidhara@wmllawlv.com
Attorneys for Mr. Raul Gil

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-00147-APG-EJY |
| Plaintiff, | |
| v. | |
| RAUL GIL, | **STIPULATION TO CONTINUE SENTENCING** (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, Eric C. Schmale, Assistant United States Attorney, Thomas W. Flynn and Jacob M. Green, Trial Attorneys, as counsel for the United States of America, and George P. Kelesis and Sunethra Muralidhara, as counsel for the defendant, Raul Gil, that the sentencing in the above-captioned matter, currently scheduled for February 2, 2023 at 9:00 AM, be vacated and

1

continued to April 5, 2023[1] or another date convenient to this Court.

This Stipulation is entered into for the following reasons:

1. Defendant is out of custody and does not object to the continuance.

2. Counsel for the Government will be out of the district and not available on the current date set for sentencing.

3. The parties need additional time to determine their positions regarding sentencing, gather and prepare support for their positions, file sentencing memoranda, and prepare for argument.

4. The parties agree to the continuance.

5. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

This is the second request for continuation of the sentencing hearing.

DATED this 20th day of December 2022.

COOK & KELESIS, LTD.

JASON M. FRIERSON
UNITED STATES ATTORNEY

By:___/s/ George Kelesis____
    GEORGE P. KELESIS, ESQ.
    Nevada Bar No. 000069
    *Counsel for Defendant Gil*

By:___/s/ Eric Schmale____
    Eric C. Schmale
    Assistant United States Attorney

___/s/ Sunethra Muralidhara____
    Sunethra Muralidhara
    Nevada Bar No. 013549
    *Counsel for Defendant Gil*

___/s/ Thomas Flynn____
    THOMAS W. FLYNN
    JACOB M. GREEN
    Trial Attorney

_____

[1] The parties have communicated with the Court's Clerk, who advised that the April 5th date is available on this Court's calendar. If this date is still convenient to the Court, the parties request that sentencing be rescheduled on this day, after 11:00 AM (PST), as defense counsel has sentencing in another matter currently set before Judge Navarro at 10:00 AM. Alternatively, the parties are available any day from April 18, 2023 to April 22, 2023, preferably in the afternoon.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RAUL GIL,

        Defendant.

Case No.: 2:22-cr-00147-APG-EJY

**ORDER CONTINUING**
**SENTENCING HEARING**

Based on the Stipulation of counsel and for good cause appearing, the Court hereby continues the sentencing of Defendant Raul Gil in this matter. The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy sentencing because:

1.      Defendant is out of custody and does not object to the continuance.

2.      Counsel for the Government will be out of the district and not available on the current date set for sentencing.

3.      The parties need additional time to prepare for sentencing effectively and thoroughly.

4.      The parties agree to the continuance.

IT IS THEREFORE ORDERED that the sentencing in the above-captioned matter, currently scheduled for February 2, 2023 at 9:00 AM is vacated and continued to the April 5, 2023 at 1:30 p.m. in Courtroom 6C.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
Dated: December 21, 2022

3