GEORGE P. KELESIS, ESQ.
Nevada Bar No. 000069
COOK & KELESIS, LTD.
517 South Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712a
E-mail: gkelesis@bckltd.com

Sunethra Muralidhara
Nevada State Bar No. 13549
Wright Marsh & Levy
300 S. Fourth St. Ste. 701
Las Vegas, Nevada 89101
(702) 382-4004
smuralidhara@wmllawlv.com
Attorneys for Mr. Raul Gil

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL GIL,<br><br>Defendant. | Case No.: 2:22-cr-00147-APG-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>**(Third Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, Eric C. Schmale, Assistant United States Attorney, Thomas W. Flynn, Trial Attorney, Tax Division, as counsel for the United States of America, and George P. Kelesis and Sunethra Muralidhara, as counsel for the defendant, Raul Gil, that the sentencing in the above-captioned matter, currently scheduled for April 5, 2023 at 1:30 PM, be vacated and continued to the Court's first available date on or after June 1, 2023.

This Stipulation is entered into for the following reasons:

1. Defendant is out of custody and does not object to the continuance.
2. Lead counsel for the Government will be out of the district and not available on the current date set for sentencing.
3. Lead counsel for the Defendant, Raul Gil, is currently in the process of scheduling a surgical procedure to be performed at a Scripps hospital in the San Diego area and will need 4-6 weeks following that procedure to recover.
4. The parties need additional time to determine their positions regarding sentencing, gather and prepare support for their positions, file sentencing memoranda, and prepare for argument.
5. The parties agree to the continuance.
6. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

This is the third request for continuation of the sentencing hearing.

DATED this 13th day of March 2023.

COOK & KELESIS, LTD.

By: /s/ George P. Kelesis
GEORGE P. KELESIS, ESQ.
Nevada Bar No. 000069
*Counsel for Defendant Gil*

/s/ Sunethra Muralidhara
Sunethra Muralidhara
Nevada Bar No. 013549
*Counsel for Defendant Gil*

JASON M. FRIERSON
UNITED STATES ATTORNEY

By: /s/ Eric Schmale
Eric C. Schmale
Assistant United States Attorney

/s/ Thomas Flynn
THOMAS W. FLYNN
Trial Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL GIL,<br><br>Defendant. | Case No.: 2:22-cr-00147-APG-EJY<br><br>**ORDER CONTINUING<br>SENTENCING HEARING** |

Based on the Stipulation of counsel and for good cause appearing, the Court hereby continues the sentencing of Defendant Raul Gil in this matter. The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy sentencing because:

1. Defendant is out of custody and does not object to the continuance.

2. Counsel for the Government will be out of the district and not available on the current date set for sentencing.

3. The parties need additional time to prepare for sentencing effectively and thoroughly.

4. The parties agree to the continuance.

IT IS THEREFORE ORDERED that the sentencing in the above-captioned matter, currently scheduled for April 5, 2023 at 1:30 PM is vacated and continued to the 15th day of June, 2023 at the hour of 9:30 a.m. in Courtroom 6C.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
Dated: March 15, 2023

3