GEORGE P. KELESIS, ESQ.
Nevada Bar No. 000069
COOK & KELESIS, LTD.
517 South Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712a
E-mail: gkelesis@bckltd.com

Sunethra Muralidhara
Nevada State Bar No. 13549
Wright Marsh & Levy
300 S. Fourth St. Ste. 701
Las Vegas, Nevada 89101
(702) 382-4004
smuralidhara@wmllawlv.com
Attorneys for Mr. Raul Gil

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL GIL,<br><br>Defendant. | Case No.: 2:22-cr-00147-APG-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>**(Fourth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, Eric C. Schmale, Assistant United States Attorney, Thomas W. Flynn, Trial Attorney, Tax Division, as counsel for the United States of America, and George P. Kelesis and Sunethra Muralidhara, as counsel for the defendant, Raul Gil, that the sentencing in the above-captioned matter, currently scheduled for June 15, 2023 at 9:30 AM, be vacated and continued to

1

August 31, 2023 at 10:00 AM.[1]

This Stipulation is entered into for the following reasons:

1. Defendant is out of custody and does not object to the continuance.

2. Lead counsel for the Defendant, Raul Gil, recently received notice that a grand jury subpoena has been issued in an unrelated matter that will necessitate counsel's presence in another jurisdiction on the date set for sentencing in this matter.

3. In addition, counsel for defendant has been experiencing cardiac episodes with increasing frequency and has been advised to avoid stress as much as possible until surgery to address the issue is performed.

4. Counsel for defendant is scheduled for heart surgery in mid-July which will require 7 days complete bedrest and a period of 4-6 weeks rehabilitation thereafter.

5. The parties need additional time to determine their positions regarding sentencing, gather and prepare support for their positions, file sentencing memoranda, and prepare for argument.

6. Counsel for the government agrees to the continuance.

7. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

---

[1] Date and time provided by judicial staff and has been confirmed as available by all counsel.

This is the fourth request for continuation of the sentencing hearing.

DATED this  1st day of June 2023.

COOK & KELESIS, LTD.

By: /s/ George P. Kelesis
    GEORGE P. KELESIS, ESQ.
    Nevada Bar No. 000069
    *Counsel for Defendant Gil*

    /s/ Sunethra Muralidhara
    Sunethra Muralidhara
    Nevada Bar No. 013549
    *Counsel for Defendant Gil*

JASON M. FRIERSON
UNITED STATES ATTORNEY

By: /s/ Thomas W. Flynn
    THOMAS W. FLYNN
    Trial Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL GIL,<br><br>Defendant. | Case No.: 2:22-cr-00147-APG-EJY<br><br>**ORDER CONTINUING**<br>**SENTENCING HEARING** |

Based on the Stipulation of counsel and for good cause appearing, the Court hereby continues the sentencing of Defendant Raul Gil in this matter. The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy sentencing because:

1. Defendant is out of custody and does not object to the continuance.

2. Lead counsel for the Defendant, Raul Gil, recently received notice that a grand jury subpoena has been issued in an unrelated matter that will necessitate counsel's presence in another jurisdiction on the date set for sentencing in this matter.

3. In addition, counsel for defendant has been experiencing cardiac episodes with increasing frequency and has been advised to avoid stress as much as possible until surgery to address the issue is performed.

4. Counsel for defendant is scheduled for heart surgery in mid-July which will require 7 days complete bedrest and a period of 4-6 weeks rehabilitation thereafter.

5.      The parties need additional time to determine their positions regarding sentencing, gather and prepare support for their positions, file sentencing memoranda, and prepare for argument.

6.      Counsel for the government agrees to the continuance.

IT IS THEREFORE ORDERED that the sentencing in the above-captioned matter, currently scheduled for June 15, 2023 at 9:30 AM is vacated and continued to the 31st day of August, 2023 at the hour of 10:00 AM.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Dated: June 2, 2023

5