GEORGE P. KELESIS, ESQ.
Nevada Bar No. 000069
COOK & KELESIS, LTD.
517 South Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712a
E-mail: gkelesis@bckltd.com

SUNETHRA MURALIDHARA
Nevada State Bar No. 13549
WRIGHT MARSH & LEVY
300 S. Fourth St. Ste. 701
Las Vegas, Nevada 89101
Phone:  (702) 382-4004
E-mail:  smuralidhara@wmllawlv.com
*Attorneys for Mr. Raul Gil*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>RAUL GIL,<br><br>          Defendant. | Case No.: 2:22-cr-00147-APG-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>**(Sixth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, Thomas W. Flynn, Trial Attorney, Tax Division, as counsel for the United States of America, and George P. Kelesis and Sunethra Muralidhara, as counsel for the defendant, Raul Gil, that the sentencing in the above-captioned matter, currently scheduled for October 26, 2023 at 10:00 AM,

1

be vacated and continued to Thursday, January 4, 2024 at 1:30 P.M.[1]

This Stipulation is entered into for the following reasons:

1. Defendant is out of custody and does not object to the continuance.

2. The parties have reached an agreement in principal to modified joint recommendations for the sentencing of this matter, to incorporate newly available point reductions for first-time offenders and the resultant reduction in the sentencing guidelines, and are in the process of preparing formal documentation of that agreement for the Court's consideration.

3. The parties also anticipate that their agreement will incorporate new material facts regarding restitution, as the Defendant has submitted payment of most of the gross restitution owed and anticipates payment of the remainder in the coming weeks.

4. Defense counsel has a federal court trial in the matter of *USA v. Bradford*; Case No. 2:19-CR-00222-KJD-BNW, which is scheduled to begin on or about October 16, 2023, and is estimated to last 4-6 weeks. Accordingly, Defendant's counsel will be unavailable to attend the sentencing in this matter on October 26, 2023.

5. Counsel for the Government also has a conflict with the October 26th sentencing due to a scheduled appearance in the Minnesota District Court.

6. Finally, the additional time will allow the parties to determine their positions regarding sentencing, gather and prepare support for their positions, file sentencing memoranda, and prepare for argument.

7. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

---

[1] Date and time provided by judicial staff and has been confirmed as available by all counsel.

This is the sixth request for continuation of the sentencing hearing.

DATED this 27th day of September 2023.

COOK & KELESIS,

By: /s/ George P. Kelesis
    GEORGE P. KELESIS, ESQ.
    Nevada Bar No. 000069
    *Counsel for Defendant Gil*

/s/ Sunethra Muralidhara
SUNETHRA MURALIDHARA
Nevada Bar No. 013549
*Counsel for Defendant Gil*

*JASON M. FRIERSON*
*UNITED STATES ATTORNEY*

By: /s/ Thomas W. Flynn
    *THOMAS W. FLYNN, Trial Attorney*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>RAUL GIL,<br><br>          Defendant. | Case No.: 2:22-cr-00147-APG-EJY<br><br>[PROPOSED]<br><br>**ORDER CONTINUING**<br>**SENTENCING HEARING** |

Based on the Stipulation of counsel and for good cause appearing, the Court hereby continues the sentencing of Defendant Raul Gil in this matter. The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy sentencing because:

1. Defendant is out of custody and does not object to the continuance.

2. The parties have reached an agreement in principal to modified joint recommendations for the sentencing of this matter, to incorporate newly available point reductions for first-time offenders and the resultant reduction in the sentencing guidelines, and are in the process of preparing formal documentation of that agreement for the Court's consideration.

3. The parties also anticipate that their agreement will incorporate new material facts regarding restitution, as the Defendant has submitted payment of most of the gross restitution owed and anticipates payment of the remainder in the coming weeks.

4. Defense counsel has a federal court trial in the matter of USA v. Bradford; Case No. 2:19-CR-00222-KJD-BNW, which is scheduled to begin on or about October 16, 2023, and is estimated to

4

last 4-6 weeks. Accordingly, Defendant's counsel will be unavailable to attend the sentencing in this matter on October 26, 2023.

5. Counsel for the Government also has a conflict with the October 26th sentencing due to a scheduled appearance in the Minnesota District Court.

6. Finally, the additional time will allow the parties to determine their positions regarding sentencing, gather and prepare support for their positions, file sentencing memoranda, and prepare for argument.

7. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

IT IS THEREFORE ORDERED that the sentencing in the above-captioned matter, currently scheduled for October 26, 2023 at 10:00 AM is vacated and continued to January 4, 2024 at 1:30 P.M.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Dated: September 28, 2023

5